IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GREEN,
ADC # 113001                                                      PLAINTIFF

v.                         No. 5:12-cv-406-DPM

MARK GOBER, Drew County Sheriff;
SUSAN POTTS, Administrator of Drew County
Detention Facility; PAUL D. SELBY, Attorney,
Monticello Regional OCSE; PARKER
HOUSER, Claims Representative, Social Security;
CAROLYN W. COLVIN, Acting Commissioner, Social
Security Administration; and TALIA LAMBERT,
Investigator, Monticello Office of Child Support
Enforcement                                                        DEFENDANTS

## ORDER

1. Motion, № 44, granted in part and denied in part without prejudice. Green's request to depose the Defendants is denied for now. Given his IFP status, it appears he cannot pay for the depositions. Fed. R. Civ. P. 30(b)(3). If he wishes to pursue them, though, he must first arrange for payment. Green also says certain Defendants have been ignoring his document requests. № 44 at 1–2. Houser, Colvin, Selby, and Lambert responded that they have not been served with any discovery requests. № 46 & № 48. Green should serve any interrogatories on Defendants' counsel, FED. R. CIV. P.

5(a)(1)(C), and Defendants should respond. FED. R. CIV. P. 33(b). These requests and responses do not need to be filed with the Court.

2. Defendants have informally advised the Court that they do not object to Green's proposed amendment. Unopposed motion to amend, № 45, granted for good cause. Fed. R. Civ. P. 15(a)(2). Amended complaint due by 15 April 2014.

3. Houser and Colvin's motion to stay discovery as to them, № 49, is denied without prejudice. As to depositions, it is mooted by denial of Green's motion to depose. And while Houser and Colvin may be entitled to qualified immunity, the case needs to keep moving forward whether they are or not.

4. A Scheduling Order will issue.

So Ordered.

*DPMarshall J.*
D.P. Marshall Jr.
United States District Judge

2 April 2014