# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES GREEN,
ADC # 113001                                                              PLAINTIFF

v.                              No. 5:12-cv-406-DPM

MARK GOBER, Drew County Sheriff;
SUSAN POTTS, Administrator of Drew County
Detention Facility; PAUL D. SELBY, Attorney,
Monticello Regional OCSE; PARKER
HOUSER, Claims Representative, Social Security;
CAROLYN W. COLVIN, Acting Commissioner, Social
Security Administration; and TALIA LAMBERT,
Investigator, Monticello Office of Child Support
Enforcement                                                              DEFENDANTS

## ORDER

The Court directs the Clerk to correct the docket. № 52 is an amended complaint, not a motion to amend. The Court must screen Green's amended complaint. 28 U.S.C. § 1915A. Pursuant to Green's request, Gober and Potts are dismissed without prejudice. Green adds an FTCA claim against the United States of America, alleging that a claims representative of the Social Security Administration negligently failed to input, verify, or update key information and negligently allowed the State of Arkansas to take away his social security benefits. № 52 at 2–3. The Clerk shall update the docket sheet

to reflect that the United States of America is a defendant. The Clerk shall prepare summons for the United States, and the United States Marshal shall serve the summons, the complaint, the amended complaint, and this Order on the United States, by serving the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General, without prepayment of fees and costs or security therefor. FED. R. CIV. P. 4(i)(1).

    So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2014