# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES GREEN,**
**ADC # 113001**                                                                **PLAINTIFF**

v.                          No. 5:12-cv-406-DPM

**PAUL D. SELBY, Attorney, Monticello**
**Regional OCSE; PARKER HOUSER,**
**Claims Representative, Social Security;**
**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration; TALIA LAMBERT,**
**Investigator, Monticello Office of Child**
**Support Enforcement; and UNITED**
**STATES OF AMERICA**                                                          **DEFENDANTS**

## ORDER

Houser's statement of material facts, *No. 87*, is deficient. He must file a substituted statement with specific record citations by 15 August 2014. *№ 53 at 3*.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

7 August 2014