IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GREEN
ADC# 113001                                                            PLAINTIFF

v.                                      No. 5:12-cv-406-DPM

PAUL D. SELBY, Attorney, Monticello
Regional OCSE; PARKER HOUSER,
Claims Representative, Social Security;
CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration; TALIA LAMBERT,
Investigator, Monticello Office of Child
Support Enforcement; and UNITED
STATES OF AMERICA                                                     DEFENDANTS

ORDER

1. Green's Local Rule 56.1 responding statements of facts, №s 103 &
106, are deficient because they don't comply with the Court's Final
Scheduling Order, № 53. Green must correct his statements. Follow these
instructions.

> (1) Respond to each Local Rule 56.1 statement, № 103
> & № 106, separately;
>
> (2) write out word-for-word the statement of fact that
> you're responding to;
>
> (3) below that word-for-word recitation, write
> "Response:";

(4) next to that, write "admit" or "deny," as
     appropriate; and

(5) if you deny any statement, cite to a specific fact in
     the record that supports your denial.

Green must file substituted responding statements of facts by 30 September 2014. Defendants' replies due by 10 October 2014. The Court directs the Clerk to mail Green a copy of № 53 with this Order.

2.  Green's renewed motion for appointed counsel, № 107, is denied without prejudice as premature. If we have a trial, the Court will appoint counsel to help with subpoenas, exhibits, and the trial itself.

3.  Houser's motion for an extension of time to reply, № 108, is denied as moot.

\* \* \*

The Court denies Nos 107 & 108 and directs the Clerk to mail Green a copy of № 53.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_10 September 2014_