IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES GREEN**
**ADC #113001**                                                                                   **PLAINTIFF**

v.                                   No. 5:12-cv-406-DPM

**PAUL D. SELBY**, Attorney, Monticello Regional OCSE;
**PARKER HOUSER**, Claims Representative,
Social Security; and **TALIA LAMBERT**, Investigator,
Monticello Office of Child Support Enforcement              **DEFENDANTS**

### ORDER

The 9 February 2015 trial is cancelled. The Court has an older case set for that date that needs to be tried first. The Amended Final Scheduling Order is suspended. The Court will reschedule the trial, if necessary, after ruling on the pending motions for summary judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2015