IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GREEN                                                                PLAINTIFF
ADC #113001
v.                          No. 5:12-cv-406-DPM

MARK GOBER, Drew County Sheriff;
SUSAN POTTS, Administrator of Drew
County Detention Facility; PAUL D. SELBY,
Attorney, Monticello Regional OCSE;
BETTYE JUDKINS, Manager, Monticello
Regional OCSE; PARKER HOUSER, Claims
Representative, Social Security; CAROLYN W. COLVIN,
Acting Commissioner, Social Security Administration;
TALIA LAMBERT, Investigator, Monticello Office
of Child Support Enforcement; ARKANSAS
DEPARTMENT OF FINANCE & ADMINISTRATION,
Director, Richard Weiss; and the UNITED STATES
OF AMERICA                                                             DEFENDANTS

## JUDGMENT

1. Green's claims against Weiss, Gober, Potts, and Judkin's are dismissed without prejudice.

2. Green's *Bivens* claim against Colvin is dismissed without prejudice.

3. Green's FTCA claims against Houser, Colvin, and the United States are dismissed with prejudice.

4. Green's remaining claims against Houser, Selby, and Lambert are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 January 2015